# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| v. | § |
| | § CRIMINAL NO. 4:17-CR-36-ALM-BD |
| **RAFAEL MIRANDA** | § |
| | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #57) that allegations one and four of the amended petition for a warrant be dismissed; that, based on allegations two and three of the amended petition, Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, to run consecutive to any other term of imprisonment, with no supervised release to follow; and that Defendant be placed at FCI El Reno in El Reno, Oklahoma, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #55), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, allegations one and four are hereby dismissed; Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, to run consecutive to any other term of imprisonment, with no supervised release

to follow; and the Court hereby recommends Defendant be placed at FCI El Reno in El Reno, Oklahoma, if appropriate.

**IT IS SO ORDERED.**

**SIGNED this 2nd day of October, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE